DAVID H. McHALE, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29090.)

Argued June 3, 1952; decided July 15, 1952.

*Francisco Penberthy* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Ronald E. Coleman* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.